# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 2, 2024

Lyle W. Cayce
Clerk

No. 23-40647
Summary Calendar

———————————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ADAM ROY MORENO,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:18-CR-1375-1

———————————————————————

Before KING, HAYNES, and GRAVES, *Circuit Judges*.

PER CURIAM:*

The Federal Public Defender appointed to represent Adam Roy Moreno has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Moreno has not filed a response.

———————————————

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-40647

During the pendency of this appeal, Moreno completed the sentence imposed on revocation of supervised release and was released from custody. Because he has not shown that he will suffer collateral consequences as a result of the revocation of his supervised release and because no additional term of supervised release was imposed, the instant appeal does not present a case or controversy, and this court lacks jurisdiction. *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998).

Accordingly, the appeal is DISMISSED as moot, and counsel's motion for leave to withdraw is DENIED as unnecessary.